IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Gabriola, Maria Cresensia M | Case Number: 07 B 14118 |
|---|---|---|
| | | Judge: Goldgar, A. Benjamin |
| | Printed: 11/25/08 | Filed: 8/7/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 30, 2008
Confirmed: December 11, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 13,416.00 | |
| Secured: | | 7,986.71 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,374.00 |
| Trustee Fee: | | 753.29 |
| Other Funds: | | 1,302.00 |
| Totals: | 13,416.00 | 13,416.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Damita G Buffington & Associates | Administrative | 3,374.00 | 3,374.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Americredit Financial Ser Inc | Secured | 22,079.51 | 6,950.26 |
| 4. | University Commons Condominium Assoc | Secured | 2,497.96 | 1,036.45 |
| 5. | Chase Home Finance | Secured | 30,594.69 | 0.00 |
| 6. | Americredit Financial Ser Inc | Unsecured | 778.55 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 87.13 | 0.00 |
| 8. | University Commons Condominium Assoc | Unsecured | 0.00 | 0.00 |
| 9. | Illinois Student Assistance Commission | Unsecured | 6,854.79 | 0.00 |
| 10. | Capital One | Unsecured | 316.89 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 31.14 | 0.00 |
| 12. | American General Finance | Unsecured | 610.84 | 0.00 |
| 13. | Bank Of America | Unsecured | | No Claim Filed |
| 14. | Check N Go | Unsecured | | No Claim Filed |
| 15. | CitiFinancial | Unsecured | | No Claim Filed |
| 16. | Citibank | Unsecured | | No Claim Filed |
| 17. | Denovus Corporation | Unsecured | | No Claim Filed |
| 18. | Corporate Collections | Unsecured | | No Claim Filed |
| 19. | CMS | Unsecured | | No Claim Filed |
| 20. | Draper & Kramer | Unsecured | | No Claim Filed |
| 21. | ERS | Unsecured | | No Claim Filed |
| 22. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 23. | Presidio/CM | Unsecured | | No Claim Filed |
| 24. | Illinois Designated Student Loan | Unsecured | | No Claim Filed |
| 25. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 26. | HSBC | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Gabriola, Maria Cresensia M

Printed: 11/25/08

Case Number:  07 B 14118
Judge:  Goldgar, A. Benjamin
Filed:  8/7/07

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| | | $ 67,225.50 | $ 11,360.71 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 167.51 |
| 6.5% | 585.78 |
| | $ 753.29 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

